AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JOYCE M. BEST,<br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>  Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:06-CV-376-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the cessation of the claimant's disability pursuant to her application of April 24, 1997 was proper and that the claimant's disability under section 1614(a)(3)(A) of the Social Security Act ended on November 30, 2002. Based upon her application of November 13, 2006, the claimant has been disabled under section 1614(a)(3)(A) of the Social Security Act beginning on January 23, 2007. The component of the Social Security Administration responsible for authorizing supplemental security income will advise the claimant regarding the non-disability requirements for these payments, and if eligible, the amount and the months for which payment will be made.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 26, 2010** WITH A COPY TO:

Diane S. Griffin  (via CM/ECF Notice of Electronic Filing)
Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)


August 26, 2010                                     DENNIS P. IAVARONE, Clerk
Date                                                Eastern District of North Carolina

                                                    /s/ Debby Sawyer
                                                    (By) Deputy Clerk

Raleigh, North Carolina